1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  STEVEN LINDSEY THOMAS,                    CV F   06-0099 OWW DLB HC

10                         Petitioner,        ORDER DENYING PETITIONER'S REQUEST
                                             FOR CERTIFICATE OF APPEALABILITY
11      v.
                                             [Docs. 16, 17]
12
   DARRYL ADAMS, Warden,
13
                         Respondent.
14   _____/

15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

     pursuant to 28 U.S.C. § 2254.
17
            On August 7, 2006, the undersigned dismissed Petitioner's petition for writ of habeas
18
     corpus, without prejudice, for failure to exhaust the state court remedies.[1]  On September 5,
19
     2006, and September 11, 2006, Petitioner filed a notice of appeal and requested that the Court
20
     issue a Certificate of Appealability.  (Court Docs. 16, 17.)  A state prisoner seeking a writ of
21
     habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and
22
     an appeal is only allowed in certain circumstances.  Miller-El v. Cockrell, 123 S.Ct. 1029, 1039
23
     (2003).  The controlling statute in determining whether to issue a certificate of appealability is 28
24
     U.S.C. § 2253, which provides as follows:
25
               (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
26          district judge, the final order shall be subject to review, on appeal, by the court

27   _____

28          [1]  The Court notes for the record that on August 14, 2006, after judgment was entered in this case, Petitioner
     filed *untimely* objections to the Findings and Recommendations.  (Court Doc. 15.)

1

1   of appeals for the circuit in which the proceeding is held.

2      (b) There shall be no right of appeal from a final order in a proceeding to test the
    validity of a warrant to remove to another district or place for commitment or trial
3   a person charged with a criminal offense against the United States, or to test the
    validity of such person's detention pending removal proceedings.
4
        (c)      (1) Unless a circuit justice or judge issues a certificate of appealability, an
5            appeal may not be taken to the court of appeals from–

6                (A) the final order in a habeas corpus proceeding in which the
                detention complained of arises out of process issued by a State
7                court; or

8                (B) the final order in a proceeding under section 2255.

9            (2) A certificate of appealability may issue under paragraph (1) only if the
        applicant has made a substantial showing of the denial of a constitutional right.

10           (3) The certificate of appealability under paragraph (1) shall indicate which
        specific issue or issues satisfy the showing required by paragraph (2).
11
        If a court denies a petitioner's petition, the court may only issue a certificate of
12
    appealability "if jurists of reason could disagree with the district court's resolution of his
13
    constitutional claims or that jurists could conclude the issues presented are adequate to deserve
14
    encouragement to proceed further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S.
15
    473, 484 (2000).  While the petitioner is not required to prove the merits of his case, he must
16
    demonstrate "something more than the absence of frivolity or the existence of mere good faith on
17
    his . . . part." Miller-El, 123 S.Ct. at 1040.
18
        In the present case, the Court finds that reasonable jurists would not find the Court's
19   determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or
    deserving of encouragement to proceed further.  Petitioner has not made the required substantial
20   showing of the denial of a constitutional right.  Accordingly, the Court hereby DENIES
    Petitioner's motion for certificate of appealability.IT IS SO ORDERED.
21
    **Dated:    September 22, 2006              /s/ Oliver W. Wanger**
22   emm0d6                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28