

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

STEVEN LINDSEY THOMAS,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-CV-00099 OWW DLB HC

DARRYL ADAMS, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____  Granted for the following reason:

_____

_____

_____

_____

__X__  Denied for the following reason:

MIXED HABEAS PETITION PETITIONER WAS ADVISED OF AND GIVEN OPTION TO WITHDRAW UNEXHAUSTED CLAIMS. PETITION MUST BE DISMISSED WITHOUT PREJUDICE.

Dated: 10-4-06

OLIVER W. WANGER
United States District Judge